**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARICELA NIVAR,

                Plaintiff,

       -v-

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

19 CIVIL 3805 (AJN)(OTW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 12, 2019, that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          December 12, 2019

                              **RUBY J. KRAJICK**
                                **Clerk of Court**
**BY:**
                              **Deputy Clerk**